NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DUSHUN DEVON ROBINSON,               )
                                     )
          Appellant,                 )
                                     )
v.                                   )     Case No. 2D17-3016
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____  )

Opinion filed August 17, 2018.

Appeal from the Circuit Court for
Sarasota County; Charles E. Roberts
Judge.

Dushun Devon Robinson, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John Klawikofsky,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA, CRENSHAW, and ATKINSON, JJ., Concur.